Case 2:06-cv-00377-TMH   Document 29   Filed 12/20/06   Page 1 of 2

Sent By: FORT PITT COMMONS; Case 2:06-cv-00377-TMH   Document 28   Filed 12/19/2006 02:57PM   Page 1 of 2   Page 2/3
11-17-'06 12:23   FROM-   T-288   P003/004   F-254

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO, and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, THE CONSTRUCTION INDUSTRY ADVANCEMENT PROGRAM OF WESTERN PA FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions,<br><br>Plaintiff,<br><br>v.<br><br>C.J. KING & SONS, INC., KING ENTERPRISE, INC., JOSEPH KING and SHAUN KING,<br><br>Defendants. | Civil Action No. 06-377<br><br>Judge Thomas M. Hardiman |

## CONSENT JUDGMENT

AND NOW, this 20th day of December 2006, with the consent of the parties, judgment is hereby entered in the amount of $51,550.88 in favor of the Plaintiff and against Defendants C.J. King & Sons, Inc., King Enterprise, Inc. and Joseph King.

It is further agreed that Defendant Shaun King is hereby DISMISSED from the above-referenced action.

Defendants C.J. King & Sons, Inc., King Enterprise, Inc. and Joseph King directed Massaro to issue a check payable to the "Mellon Bank -- Laborers' Contribution Account" in the amount of $25,000.00 which was considered the first payment due hereunder. This payment was applied and is reflected in the total amount of this Consent Judgment.

Case 2:06-cv-00377-TMH   Document 29   Filed 12/20/06   Page 2 of 2
Sent By: FORT PITT COMMONS; Case 2:06-cv-00377-TMH   Document 28   Filed 12/19/2006   Page 2 of 2
11-17-'06 12:23   FROM-

Defendants C.J. King & Sons, Inc., King Enterprise, Inc. and Joseph King hereby agree to submit an additional thirty-six (36) monthly payments of $947.08 commencing on February 1, 2007 and on the first day of each succeeding month until principal of $34,094.76 owed to the Plaintiff is paid in full.

Defendants C.J. King & Sons, Inc., King Enterprise, Inc. and Joseph King also hereby agree to submit a lump sum payment representing the interest owed to the Funds, calculated at a six (6%) percent interest rate. The interest due to the Funds through October 31, 2006 totals $3,637.46. Additional interest will continue to accrue. This lump sum payment is due on or before February 1, 2010. On or before that date, the parties will meet and discuss whether or not there should be a payment plan on the interest instead of a lump sum payment.

Defendants C.J. King & Sons, Inc., King Enterprises, Inc. and Joseph King also hereby agree to also submit payment of costs of suit to Plaintiff totaling $376.85. The payment of costs is due on or before February 1, 2010.

Defendant King Enterprise, Inc. agrees to submit to Plaintiff its current reports with payment by the 30th of the month after the month in which laborers performed work.

As long as the above conditions are timely met, Plaintiff will take no action to execute upon this judgment and Plaintiff's counsel will recommend to Plaintiff a waiver of all the late charges totaling $13,441.81.

_____
The Honorable Thomas M. Hardiman
United States District Court

CONSENTED TO:

_____
Jeffrey N. Leech
Attorney for Plaintiff

_____
Frederick A. Sproull
Attorney for Defendants

2

LIT:406676-1 000004-010359